IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08- 11M ) |
| MARTIN AMARO HERRERA, | ) FILED UNDER SEAL ) |
| Defendant. | ) |

## MOTION AND ORDER TO SEAL CRIMINAL COMPLAINT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, moves that the Criminal Complaint and File in this case be sealed until the arrest and apprehension of defendant Ahiam Etienne, except for the limited purpose of permitting the U.S. Marshals Service to enter into NCIC the arrest warrant.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: January 18, 2008

AND NOW, to wit, this __18__ day of __January__, 2008, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Criminal Complaint and File in the above-captioned case be sealed until further order of the Court, except for the limited purpose of permitting the U.S. Marshals Service to enter into NCIC the arrest warrant.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge