IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08- 11M |
| | ) |
| MARTIN AMARO HERRERA, | ) FILED UNDER SEAL |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR ARREST WARRANT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Ahiam Etienne, pursuant to a criminal complaint sworn against him on January 18, 2008.

COLM F. CONNOLLY
United States Attorney

BY: _____
Edmond Falgowski
Assistant United States Attorney

Dated: January 18, 2008

AND NOW, this __18__ day of __January__, 2008, based upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Ahiam Etienne.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge