UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

v.

MARTIN AMARO HERRERA,

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: **08-11-M**

I, **MARTIN AMARO HERRERA**, charged in a complaint pending in this District with **MAKING A FALSE CLAIM TO CITIZENSHIP, et al.**, in violation of Titles **18, et al.**, U.S.C., **1542, et al.**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_Martin Amaro_
*Defendant*

_Eleni Kousoulis_
*Counsel for Defendant*

1/25/2008



FILED
JAN 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE