%AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

MARTIN AMARO HERRERA

**WARRANT FOR ARREST**

Case Number: 08-11M

~~SEALED~~ UNSEALED 1/23/08 KJK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     MARTIN AMARO HERRERA
                                                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

FALSE STATEMENTS IN AN APPLICATION FOR A U.S. PASSPORT;
MAKING A FALSE CLAIM OF CITIZENSHIP;
POSSESSING FALSE IDENTITY DOCUMENTS;
FRAUDULENT USE OF A SOCIAL SECURITY NUMBER;
POSSESSION AND USE OF A FRAUDULENT U.S. PERMANENT RESIDENT CARD

in violation of Title    18    United States Code, Section(s)    1542

| PETER T. DALLEO | BY: [signature] DEPUTY CLERK |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK OF COURT | JANUARY 18, 2008 at WILMINGTON, DE |
| Title of Issuing Officer | Date and Location |

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
800 Plant St. Wilmington, DE

| DATE RECEIVED 23 JAN 08 | NAME AND TITLE OF ARRESTING OFFICER George Barker Stein III Special Agent, U.S. Dept. of State | SIGNATURE OF ARRESTING OFFICER George Barker Stein |
|---|---|---|
| DATE OF ARREST 23 JAN 08 | | |

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____