IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08-11M (MPT) |
| ) | |
| MARTIN AMARO-HERRERA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

AND NOW, this 27th day of February, 2008, the Court finds that the defendant and the Government are engaged in discussions which may affect the charges against the defendant and that the parties jointly request a continuance of 60 days of the time within which to file an Indictment or Information in this case. The Court further finds that these reasons cause the ends of justice to best be served by granting a continuance in this matter, and that these reasons outweigh the interests of the public and the defendant in a speedy trial.

WHEREFORE, in accordance with Title 18, United States Code, Section 3161(h)(8)(A), it is hereby **ORDERED** that the time in which an Indictment or Information must be filed in the above action is continued for a period of sixty (60) additional days from the date of this Order.

Honorable Mary Pat Thynge
United States Magistrate Judge

FILED

FEB 2-7 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE