IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-11M (LPS) |
| ) | |
| MARTIN AMARO HERRERA, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO DISMISS**

**NOW COMES** the United States, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and in the exercise of prosecutorial discretion moves this Honorable Court to dismiss the Criminal Complaint issued on or about January 18, 2008.

Dated: 3-5-08

COLM F. CONNOLLY
United States Attorney

BY: _____
Edmond Falgowski
Assistant United States Attorney

**IT IS SO ORDERED** this _____ day of _____, 2008.

_____
HONORABLE LEONARD P. STARK
United States Magistrate Judge